### ROGERS *v.* THE STATE.

*Simmons, C. J.*—This court having at a former term in effect
adjudicated that there was no legal cause for reversing the
judgment then under review, dismissing the motion for a new
trial, this question is not open for further consideration.  The
direction then given left the trial judge free to reinstate the
motion if in his discretion he saw proper to do so, but was not
intended to constrain his action in the premises. This court
cannot now hold that the refusal to reinstate was an abuse of
discretion.                              *Judgment affirmed.*
October 21, 1895.

Motion to reinstate. Before Judge Gamble. Washington superior court. March term, 1895.

For former report see 95 *Ga.* 569.

*Hines & Hale*, for plaintiff in error.

*J. M. Terrell, attorney-general*, and *B. D. Evans, Jr., solicitor-general*, by *Felder & Davis*, contra.